55dis frm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
JUL - 5 2005

| | |
|---|---|
| Victor Dominguez-Fuentes, ) | |
| ) | |
| Petitioner, ) | 1:05CV00601 |
| ) | |
| v. ) | 1:00CR353-1 |
| ) | |
| United States of America, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## TO PETITIONER FILING A NEW MOTION

Petitioner, a federal prisoner, has submitted a motion to vacate, set aside, or correct sentence pursuant to 28 U S C § 2255  This motion cannot be further processed for the following reasons

1  Motion is not on proper § 2255 form - Forms enclosed

2  An insufficient number of copies was furnished  Petitioner must submit an original and two copies  Rule 3(a), Rules Governing § 2255 Proceedings  Note that at least one of the copies must bear petitioner's original signature

Because of these pleading failures, this particular motion will be dismissed, but without prejudice to petitioner filing a new motion properly following the 28 U S C § 2255 forms, correcting the defects of the present motion  The Court has no authority to toll the statute of limitation, therefore it continues to run, and petitioner must act quickly if he intends to pursue this motion  See Spencer v Sutton, 239 F 3d 626 (4th Cir 2001)

**IT IS THEREFORE ORDERED** that this action be filed and dismissed sua sponte without prejudice to petitioner filing a corrected motion on the proper § 2255 forms. To further aid petitioner, the Clerk is instructed to send petitioner § 2255 forms and instructions.

*/s/ Russell A. Eliason*
United States Magistrate Judge

July 5, 2005